UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHAWN JOSEPH,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>U.S. JUSTICE DEPT., ET AL.,<br><br>　　　　　　　　　　　Defendants. | 25cv414 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the May 8, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:　May 12, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge